CENTER FOR DISABILITY ACCESS, LLP
M. ERIC PARKAN, ESQ., SBN 35687
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 E. San Marcos Blvd., Ste 400
San Marcos, Ca 92069
(760) 480-4162
Fax (760) 480-4170

Attorney for Plaintiff, EULA KOLB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA KOLB,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM PAUL TURNER, DOING BUSINESS AS MC CARTY'S COPPER INN; and DOES 1 through 10, inclusive<br><br>     Defendants. | Case No.: 1:07-CV-00262-OWW-DLB<br><br>**JOINT STIPULATION & APPLICATION TO CONTINUE TRIAL DATE FOR 60 DAYS & ORDER THEREON**<br><br>**TRIAL DATE: MAY 13, 2008**<br><br>**HON. OLIVER W. WANGER, JUDGE** |

**WHEREAS**, the trial of this matter is scheduled for May 13, 2008, and **WHEREAS** Plaintiff EULA KOLB is ill and suffering from a severe infection of her remaining leg, the other leg having been amputated as a result of the same type of infection, and **WHEREAS** Plaintiff is undergoing treatment for her infection, and **WHEREAS** Plaintiff is currently unable to travel and to attend and participate in the

//
//

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1 trial, **THEREFORE** the parties hereby respectfully stipulate and make application to
2 this Honorable Court for an Order continuing the trial date for 60 days to allow the
3 Plaintiff adequate time for treatment for her infection so that she will be prepared to
4 attend and participate in the trial.
5 Neither party is available the week of June 30, 2008 through July 11, 2008 and request
6 that the Trial be reset prior to or after this time period.

**IT IS SO STIPULATED**

Dated: May 9, 2008            CENTER FOR DISABILITY ACCESS, LLP

                              By:  /s/ Mark D. Potter
                                   MARK D. POTTER
                                   Attorney for Plaintiff

Dated: May 9, 2008            LAW OFFICES OF MICHAEL D. MACOMBER

                              By:  /s/ Michael D. Macomber
                                   Michael D. Macomber
                                   Attorney for William Paul Turner,
                                   Doing Business as McCarty's Copper Inn

///

///

///

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having read and considered the parties stipulation and application for a 60 day continuation of the trial date and finding good cause therefore, the Court hereby moves the date for trial from May 13, 2008 to July 22, 2008.

**IT IS SO ORDERED**

Dated: May 12, 2008                    /s/ OLIVER W. WANGER
                                       HONORABLE OLIVER W. WANGER
                                       UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com