CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 E. San Marcos Blvd., Ste 400
San Marcos, Ca 92069
(760) 480-4162
Fax (760) 480-4170

Attorney for Plaintiff, EULA KOLB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA KOLB,<br><br>             Plaintiff,<br><br>  v.<br><br>WILLIAM PAUL TURNER, DOING BUSINESS AS MC CARTY'S COPPER INN; and DOES 1 through 10, inclusive<br><br>             Defendants. | Case No.: 1:07-CV-00262-OWW-DLB<br><br>**JOINT STIPULATION & APPLICATION TO CONTINUE TRIAL DATE AN ADDITIONAL 90 DAYS & ORDER THEREON**<br><br>**TRIAL DATE: JULY 22, 2008**<br><br>**HON. OLIVER W. WANGER, JUDGE**<br><br>Note Trial Date 11/18/2008 |

**WHEREAS**, the trial of this matter was originally scheduled for May 13, 2008, and **WHEREAS** Plaintiff EULA KOLB is and was ill suffering from a severe ulcerative infection of her remaining leg, the other leg having been amputated as a result of the same type of infection, and **WHEREAS** Plaintiff was and is undergoing treatment for her infection, and **WHEREAS** the parties stipulated and applied to this Honorable Court for a continuation of the trial for 60 days from May 13 to July 22, 2008, to allow the

Plaintiff's leg to heal so that she could travel and attend the trial, and **WHEREAS** the Court granted the parties application and moved the trial date to July 22, 2008, and **WHEREAS** Plaintiff's treatment has not progressed as rapidly as originally hoped, and **WHEREAS** Plaintiff is undergoing treatment and currently unable to travel and to attend and participate in the Trial, **THEREFORE** the parties hereby respectfully stipulate and make application to this Honorable Court for another continuance, this time of 90 days, moving the date for Trial from July 22, 2008, to October 21, 2008, to allow Plaintiff sufficient time for treatment and healing of her ulceration, so that she will be prepared to

**IT IS SO STIPULATED**

Dated: July 17, 2008                CENTER FOR DISABILITY ACCESS, LLP

By:  /s/ Mark D. Potter
    MARK D. POTTER
    Attorney for Plaintiff

Dated: July 17, 2008                LAW OFFICES OF MICHAEL D. MACOMBER

By: _____
    Michael D. Macomber
    Attorney for William Paul Turner,
    Doing Business as McCarty's Copper Inn

**ORDER**

-3-

Having read and considered the parties stipulation and application for a 90 day continuation of the trial date and finding good cause therefore, the Court hereby moves the date for trial from July 22, 2008 to November 18, 2008.

**IT IS SO ORDERED**

Dated: July 18, 2008                      /s/ OLIVER W. WANGER
                                          HONORABLE OLIVER W. WANGER
                                          UNITED STATES DISTRICT COURT JUDGE