UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA KOLB, ) | 1:07-cv-0262 OWW DLB |
| ) | |
| Plaintiff, ) | AMENDMENT TO FINDINGS OF |
| ) | FACT AND CONCLUSIONS OF LAW |
| v. ) | |
| ) | |
| WILLIAM PAUL TURNER, DOING ) | |
| BUSINESS AS McCARTY'S COPPER ) | |
| INN; and DOES 1 through 10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Paragraph 72 of the Findings of Fact and Conclusions of Law (Doc. 41) is amended by deleting "Plaintiff" at page 30, line 11 and replacing it with "Defendant" and by deleting the word "five" at page 30, line 13 and replacing it with "ten."

IT IS SO ORDERED.

Dated:   January 5, 2009              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE